

JUL - 8 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. S1 4:20-CR-774 RLW |
| ) | |
| JERMAINE COLLIER, ) | |
| ) | |
| Defendant. ) | |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**Count One**
**18 U.S.C. § 922(g)(1)**
**(Possession of a Firearm by a Convicted Felon)**

Beginning on November 25, 2020 and continuing until December 3, 2020, in the City of St. Louis, within the Eastern District of Missouri, the Defendant,

**JERMAINE COLLIER,**

knowing he previously had been convicted of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, which had traveled in interstate or foreign commerce—in violation of Title 18, United States Code, Section 922(g)(1).

**Count Two**
**18 U.S.C. § 922(g)(1)**
**(Possession of a Firearm by a Convicted Felon)**

Beginning on a date unknown, but including December 6, 2020, and continuing until December 18, 2020, in the City of St. Louis, within the Eastern District of Missouri, the Defendant,

**JERMAINE COLLIER,**

knowing he previously had been convicted of one or more crimes punishable by a term of

imprisonment exceeding one year, knowingly possessed a firearm, which had traveled in interstate or foreign commerce—in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Zach Bluestone

ZACHARY M. BLUESTONE, #69004MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DISTRICT OF MISSOURI )
EASTERN DIVISION )

I, Zachary M. Bluestone, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
ZACHARY M. BLUESTONE, #69004MO

Subscribed and sworn to before me on July 8, 2021.

_____
CLERK, U.S. DISTRICT COURT

By:   _____
DEPUTY CLERK